**Order entered March 5, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01476-CV**

**IN THE INTEREST OF C.T.H. AND H.V.H., CHILDREN**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-07021**

**ORDER**

Before the Court is appellants' March 2, 2020 motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **March 12, 2020**.

/s/    BILL WHITEHILL
        JUSTICE